**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TOWN OF DEDHAM,**
**by and through its**
**BOARD OF SELECTMEN ,**
                    **Plaintiff,**

        **v.**                                                    **CIVIL ACTION NO. 15-12352-GAO**

**FEDERAL ENERGY REGULATORY**
**COMMISSION and ALGONQUIN**
**GAS TRANSMISSION, LLC,**
                    **Defendants.**

**JUDGMENT OF DISMISSAL**

    **O'Toole   D.J.**

        **In accordance with the Court's Opinion and Order (dkt. no. 47 )  dated 7/15/2015,**

**granting the defendants' motions to dismiss (dkt. nos. 26 and 39)  it is hereby ORDERED**

**that the above-entitled action be and hereby is DISMISSED.**

    **7/15/2015**                                                    **By the Court,**
            **Date**


                                                                    **/s/Christopher Danieli**
                                                                    **Deputy Clerk**